

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jonathan Michael Sudduth,

          Petitioner,

    v.

United States of America,

          Respondent.

CV 16-00648-VAP

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**

    Before the Court is Petitioner's Motion for Leave to File his reply by August 10, 2016. (Doc. No. 19.) Petitioner's Motion is GRANTED, and his reply is now due by August 15, 2016.

**IT IS SO ORDERED.**

Dated:   8/10/16

                                         Virginia A. Phillips
                                   Chief United States District Judge