```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                         01/12/2017

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY:    DG       DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. LACV 16-648 VAP |
| ) | (LACR 09-68-VAP) |
| Plaintiff/Respondent, ) | |
| v. ) | |
| ) | |
| JONATHAN SUDDUTH ) | **JUDGMENT** |
| ) | |
| Defendant/Movant ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 12, 2017                    /s/ Virginia A. Phillips
                                           _____
                                           VIRGINIA A. PHILLIPS
                                    Chief United States District Judge